UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:20-mj-142-SKL |
| v. | ) WDTX Charging Dist. No. SA:20-MJ-1128 |
| | ) |
| KRISTOPHER SEAN MATTHEWS | ) |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 21, 2020, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and criminal complaint out of the U.S.D.C., Western District of Texas, San Antonio. Those present for the hearing included:

(1) AUSA Kyle Wilson for the USA.
(2) The defendant, KRISTOPHER SEAN MATTHEWS.
(3) Attorney Myrlene Marsa with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and criminal complaint and attached affidavit and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Wilson moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Western District of Texas, San Antonio. The defendant waived any detention hearing and preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Western District of Texas, San Antonio.

The defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with his counsel, Defendant asked that he be transferred to the Western District of Texas, San Antonio, the charging district.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Western District of Texas, San Antonio as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Western District of Texas, San Antonio for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE